

129

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Jerome S. Adams

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v. 45th President Donald J. Trump

First Lady Melania Trump

Queen Elizabeth II Mary of the
United Kingdom, Canada, and
Australia

President Vladimir Putin
"See Attached"

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 2:18-cv-10133
Judge: Cohn, Avern
MJ: Whalen, R. Steven
Filed: 01-11-2018 At 01:27 PM
CMP ADAMS V TRUMP, ET AL (BG)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

1. Former 42nd President of the United States Bill Clinton
2. Former 42nd First Lady of the United States Hillary Clinton
3. Former 44th President of the United States Barack Obama
4. Prince William Lewis Duke of Cambridge
5. Princess Catherine Middleton Duchess of Cambridge
6. Donald Trump Jr.
7. Eric Trump
8. Ivanka Trump
9. Tiffany Trump
10. Christopher Wray
11. John McCain III
12. Newton Gingrich
13. Willard Romney
14. Benjamin Carson
15. Carolyn Kennedy
16. Garry Bettman
17. Roger Goodell
18. Robert Manfred
19. Adam Silver
20. Bank of America
21. Amtrak of Detroit
22. DTE Energy Company
23. Walmart
24. Henry Ford Hospital
25. Time Magazine
26. Nike
27. Philip Knight
28. Adidas
29. Kasper Rorsted
30. West Coast Customs
31. Ryan Friedlinghaus
32. Justin Bieber
33. CSL Plasma
34. Bernstein Law Firm
35. Mike Morse Law Firm
36. Fieger Law Firm
37. Berkshire Hathaway
38. Warren Buffett
39. Apple
40. Steve Jobs
41. Beats
42. Andre Young
43. Microsoft
44. Bill Gates III

45. Hilton Hotels and Resorts
46. Christopher J. Nassetta
47. Paris Hilton
48. Under Armour
49. Kevin Plank
50. Philip Jackson
51. Michael Jordan
52. Rich Cho
53. Steve Clifford
54. Kemba Walker
55. Dwight Howard
56. Joseph Lacob
57. Peter Guber
58. Bob Meyers
59. Steve Kerr
60. Wardell Curry Ii
61. Kevin Durant
62. Klay Thompson
63. Draymond Green
64. Jim Buss
65. Jeanie Buss
66. Earvin Johnson III Jr.
67. Kobe Bryant
68. Shaquille O'Neal
69. Luke Walton
70. Alonzo Ball
71. Brandon Ingram
72. Daniel Gilbert
73. Koby Altman
74. Tyrone Lue
75. LeBron James
76. Kevin Love
77. Dwayne Wade
78. Earl Smith III
79. Clay Bennett
80. Sam Presti
81. Billy Donovan
82. Russell Westbrook
83. Carmelo Anthony
84. Paul George
85. Steven Adams
86. Steve Ballmer
87. David Wohl
88. Glenn Rivers

89. Austin Rivers
90. Blake Griffin
91. De Andre Jordan
92. Tilman Fertitta
93. Daryl Morey
94. Mike D'Antoni
95. Chris Paul
96. James Harden
97. Trevor Ariza
98. Tom Gores
99. Jeff Bower
100. Stan Van Gundy
101. Andre Drummond
102. Reggie Jackson
103. Tobias Harris
104. Avery Bradley
105. Steve Paglicua
106. Danny Ainge
107. Bradley Stevens
108. Kyrie Irving
109. Gordon Hayward
110. Marcus Morris
111. Christopher IL itch
112. Al Avila
113. Ken Holland
114. Ronald Gardenhire
115. Miguel Cabrera
116. Victor Martinez
117. Dylan Larkin
118. Henrik Zetterberg
119. Frans Nielsen
120. Jim Crane
121. Jeff Luhnow
122. Andrew Hinch
123. Jose' Altuve
124. Justin Verlander
125. Kate Upton Verlander
126. Hank Steinbrenner
127. Brian Cashman
128. Derek Jeter
129. Aaron Judge
130. Aroldis Chapman
131. Giancarlo Stanton
132. Brett Gardner

133. Joseph Girardi
134. Marla Tanenbaum
135. Mike Rizzo
136. Dave Martinez
137. Bryce Harper
138. Maxwell Scherzer
139. Stephen Strasburg
140. Guggenheim Baseball Management
141. Farhan Zaidi
142. Dave Roberts
143. Clayton Kershaw
144. Yasiel Puig
145. Arturo Moreno
146. Billy Eppler
147. Mike Scioscia
148. Michael Trout
149. Jose' Alcantara
150. Martha Ford
151. Bob Quinn
152. Jim Caldwell
153. Matthew Stafford
154. Golden Tate III
155. Darius Slay
156. Ezekiel Ansah
157. Marvin Jones Jr.
158. Jerry Jones
159. Jason Garrett
160. Michael Irving
161. Rayne Prescott
162. Ezekiel Elliott
163. Desmond Bryant Jr.
164. Stephen M. Ross
165. Chris Grier
166. Adam Gase
167. Jay Cutler
168. Ryan Tannehill
169. Jarvis Laundry
170. Ndamukong Suh
171. Cameron Wake
172. Robert Kraft
173. Bill Belichick
174. Tom Brady
175. Rob Gronkowski
176. Jerry Richardson

177. Marty Hurney
178. Ronald Rivera
179. Cameron Newton
180. Luke Kuechly
181. Greg Olson
182. Michael Strahan
183. Ronald Burke
184. Mario Lemieux
185. Mike Sullivan
186. Sidney Crosby
187. Evgeni Malkin
188. Eldrik Woods
189. NBC Universal
190. Stephen Burke
191. Megyn Kelly
192. Lester Holt
193. Ryan Seacrest
194. Kelly Ripa
195. Caitlyn Jenner
196. Kristen Jenner
197. Kim Kardashian West
198. Kanye West
199. Khloe' Kardashian
200. Kourtney Kardashian
201. Robert Kardashian
202. Kylie Jenner
203. Kendall Jenner
204. Scott Disick
205. Tracy Marrow
206. Nicole Marrow
207. Matthew Lauder
208. Playboy Enterprise
209. Ben Kohn
210. Charles Metropoulos
211. Daren Metropoulos
212. Coachella Music Festival
213. Shawn Carter
214. Beyoncé Carter
215. Clifford Harris Jr.
216. Mariah Carey
217. Bryan Williams
218. Dwayne Carter Jr.
219. Scarlett Johansson
220. Bradley Pitt

221. Angelina Jolie Pitt
222. O'Shea Jackson Sr.
223. Denzel Washington
224. Sport Center
225. John Skipper
226. Hannah Storm
227. John Anderson
228. Stephen A. Smith
229. Molly Qerim
230. Max Kellerman
231. Kymberli Worthy
232. Carolyn Clifford
233. Amy Andrews
234. Ferrari
235. Sergio Marchionne
236. Ferrari of San Diego
237. Ferrari and Maserati of San Diego
238. Ferrari and Maserati Silicon Valley
239. Ferrari Beverly Hills
240. Ferrari Beverly Hills Service and Collision Center
241. Ferrari of San Francisco
242. Ferrari Westlake
243. Ferrari of South Bay
244. Ferrari of New Port Beach
245. Ferrari of Palm Beach
246. Ferrari and Maserati Fort Lauderdale
247. Ferrari Store Aventura
248. Ferrari of Central Florida
249. Cauley Ferrari of Detroit

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome S. Adams |
| Street Address | 619 Webb Street |
| City and County | Detroit                    Wayne |
| State and Zip Code | Michigan                    48202 |
| Telephone Number | 313 273 8398 |
| E-mail Address | Jerome Adams 2015 @ GMAIL. com |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title (if known) | 45th President of the United States |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | Washington D.C          Washington D.C |
| State and Zip Code | Washington D.C          20500 |
| Telephone Number | 202 456 1414 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Melania Trump |
| Job or Title (if known) | First Lady of the United States |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | Washington D.C          Washington D.C |
| State and Zip Code | Washington D.C          20500 |
| Telephone Number | 202 456 1414 |
| E-mail Address (if known) | |

2

Defendant No. 3

| | |
|---|---|
| Name | Elizabeth II Mary |
| Job or Title (if known) | Queen of the United Kingdom |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Vladimir Putin |
| Job or Title (if known) | President of Russia |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

Defendant No. 5

| | |
|---|---|
| Name | Bill Clinton |
| Job or Title | Former 42nd President of the United States |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 6

| | |
|---|---|
| Name | Hillary Clinton |
| Job or Title | Former 42nd First Lady of the United States |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 7

| | |
|---|---|
| Name | Barack Obama |
| Job or Title | Former 44th President of the United States |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 8

| | |
|---|---|
| Name | Prince William Arthur Philip Louis |
| Job or Title | Duke of Cambridge, A member of the British Family |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 9

| | |
|---|---|
| Name | Princess Catherine Elizabeth Middleton |
| Job or Title | Duchess of Cambridge, A member of the British family |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 10

| | |
|---|---|
| Name | Donald Trump Jr. |
| Job or Title | American Businessman |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 11

Name                    Eric Trump

Job or Title            American Businessman

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 12

Name                    Ivanka Trump

Job or Title            American Businesswoman, fashion designer, author

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 13

Name                    Tiffany Trump

Job or Title            American Businesswoman, Georgetown Law Student

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 14

Name                    Christopher Wray

Job or Title            FBI Director

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 15

Name                    John McCain III

Job or Title            Senator Arizona

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 16

Name                    Newton Gingrich

Job or Title            Former Speaker of the United States House of Rep.

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 17

Name                    Willard Romney

Job or Title            Former Governor of Massachusetts

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 18

Name                    Benjamin Carson Sr.

Job or Title            United States Secretary of Housing and Urban Development

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 19

Name                    Carolyn Kennedy

Job or Title            American Author, Attorney, and Diplomat

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 20

Name                    Garry Bettman

Job or Title            Commissioner of National Hockey League

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 21

Name                    Roger Goodell

Job or Title            Commissioner of National Football League

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 22

Name                    Robert Manfred

Job or Title            Commissioner of Major League Baseball

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 23

| | |
|---|---|
| Name | Adam Silver |
| Job or Title | Commissioner of National Basketball Association |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 24

| | |
|---|---|
| Name | Bank of America |
| Job or Title | |
| Street Address | 3670 Woodward Ave |
| City and County | Detroit                    Wayne |
| State and Zip Code | Michigan                 48201 |
| Telephone Number | 313 875 2248 |
| E-mail Address | |

Defendant No. 25

| | |
|---|---|
| Name | Am track of Detroit |
| Job or Title | |
| Street Address | 11 West Baltimore Ave |
| City and County | Detroit                    Wayne |
| State and Zip Code | Michigan                 48075 |
| Telephone Number | 800 872 7245 |
| E-mail Address | |

Defendant No. 26

| | |
|---|---|
| Name | DTE Energy Company |
| Job or Title | |
| Street Address | 1 Energy Plaza |
| City and County | Detroit                          Wayne |
| State and Zip Code | Michigan                     48226 |
| Telephone Number | 800 477 4747 |
| E-mail Address | |

Defendant No. 27

| | |
|---|---|
| Name | Walmart Distribution Center |
| Job or Title | |
| Street Address | 6000 Walton Way |
| City and County | Mt Crawford                Rockingham |
| State and Zip Code | Virginia                      22841 |
| Telephone Number | 540 801 3100 |
| E-mail Address | |

Defendant No. 28

| | |
|---|---|
| Name | Henry Ford Hospital |
| Job or Title | |
| Street Address | 2799 West Grand Blvd |
| City and County | Detroit                          Wayne |
| State and Zip Code | Michigan                     48202 |
| Telephone Number | 313 916 2600 |
| E-mail Address | |

Defendant No. 29

Name                    Time Magazine

Job or Title            Retailer

Street Address          1271 Avenue

City and County         New York City              New York

State and Zip Code      New York                   10020

Telephone Number

E-mail Address


Defendant No. 30

Name                    Nike

Job or Title

Street Address          1 One Bowerman Dr.

City and County         Beaverton                  Washington County

State and Zip Code      Oregon                     97005

Telephone Number        503 671 6453

E-mail Address


Defendant No. 31

Name                    Philip Knight

Job or Title            Co-Founder and Chairman Emeritus of Nike

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 32

| | |
|---|---|
| Name | Adidas |
| Job or Title | |
| Street Address | 5055 N Greeley Ave |
| City and County | Portland                    Multnomah |
| State and Zip Code | Oregon                      97217 |
| Telephone Number | 971 234 8536 |
| E-mail Address | |

Defendant No. 33

| | |
|---|---|
| Name | Kasper Rorsted |
| Job or Title | CEO of Adidas |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 34

| | |
|---|---|
| Name | West Coast Customs |
| Job or Title | |
| Street Address | 2101 West Empire Ave |
| City and County | Burbank                    Los Angeles County |
| State and Zip Code | California                  91504 |
| Telephone Number | 818 237 1287 |
| E-mail Address | |

Defendant No. 35

| | |
|---|---|
| Name | Ryan Friedlinghaus |
| Job or Title | CEO of West Coast Customs |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 36

| | |
|---|---|
| Name | Justin Bieber |
| Job or Title | Canadian Singer and Song Writer |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 37

| | | |
|---|---|---|
| Name | CSL Plasma | |
| Job or Title | | |
| Street Address | 14088 Woodward Ave | |
| City and County | Highland Park | Wayne |
| State and Zip Code | Michigan | 48203 |
| Telephone Number | 313 346 1204 | |
| E-mail Address | | |

Defendant No. 38

| | |
|---|---|
| Name | Bernstein Law Firm |
| Job or Title | |
| Street Address | 31731 Northwestern Hwy #333 |
| City and County | Farmington Hills            Oakland County |
| State and Zip Code | Michigan                         48334 |
| Telephone Number | 888 225 5726 |
| E-mail Address | |

Defendant No. 39

| | |
|---|---|
| Name | Mike Morse Law Firm |
| Job or Title | |
| Street Address | 24901 Northwestern Hwy #700 |
| City and County | Southfield                      Oakland County |
| State and Zip Code | Michigan                         48075 |
| Telephone Number | 855 645 3946 |
| E-mail Address | |

Defendant No. 40

| | |
|---|---|
| Name | Fieger Law Firm |
| Job or Title | |
| Street Address | 19390 West 10 Mile Rd |
| City and County | Southfield                      Oakland County |
| State and Zip Code | Michigan                         48075 |
| Telephone Number | 248 558 2315 |
| E-mail Address | |

Defendant No. 41

| | |
|---|---|
| Name | Berkshire Hathaway |
| Job or Title | |
| Street Address | 3555 Farnam Street |
| City and County | Omaha          Douglas County |
| State and Zip Code | Nebraska        68131 |
| Telephone Number | 402 346 1400 |
| E-mail Address | |

Defendant No. 42

| | |
|---|---|
| Name | Warren Buffett |
| Job or Title | American Business Magnate, Investor, Philanthropist |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 43

| | |
|---|---|
| Name | Apple |
| Job or Title | |
| Street Address | 1 Infinite Loop |
| City and County | Cupertino        Santa Clara |
| State and Zip Code | California        95014 |
| Telephone Number | 408 996 1010 |
| E-mail Address | |

Defendant No. 44

Name                    Steve Jobs

Job or Title            American Entrepreneur, business magnate, inventor

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 45

Name                    Beats

Job or Title

Street Address          8600 Hayden Place

City and County         Culver City                Los Angeles

State and Zip Code      California                  90232

Telephone Number        424 268 3055

E-mail Address


Defendant No. 46

Name                    Andre Young

Job or Title            American Rapper, Record Producer, Entrepreneur

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 47

| | |
|---|---|
| Name | Microsoft |
| Job or Title | Develops, Manufactures, Licenses, sells computer software |
| Street Address | One Microsoft Way |
| City and County | Redmond | King County |
| State and Zip Code | Washington | 95014 |
| Telephone Number | 248 827 2000 |
| E-mail Address | |

Defendant No. 48

| | |
|---|---|
| Name | Bill Gates III |
| Job or Title | American Business Magnate, Investor, Author |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 49

| | |
|---|---|
| Name | Hilton Hotels and Resorts |
| Job or Title | |
| Street Address | 7930 Jones Branch Dr. |
| City and County | McLean | Fairfax |
| State and Zip Code | Virginia | 22102 |
| Telephone Number | 703 883 1000 |
| E-mail Address | |

Defendant No. 50

| | |
|---|---|
| Name | Christopher J. Nassatta |
| Job or Title | CEO of Hilton Worldwide |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 51

| | |
|---|---|
| Name | Paris Hilton |
| Job or Title | American Businesswoman, Model, Actress, Model |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 52

| | | |
|---|---|---|
| Name | Under Armour | |
| Job or Title | | |
| Street Address | 1020 Hull Street | |
| City and County | Baltimore | Baltimore |
| State and Zip Code | Maryland | 21230 |
| Telephone Number | 410 454 6428 | |
| E-mail Address | | |

Defendant No. 53

| | |
|---|---|
| Name | Kevin Plank |
| Job or Title | American Businesswoman, Model, Actress, Model |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 54

| | |
|---|---|
| Name | Philip Jackson |
| Job or Title | Former NBA Player, Coach, and Executive |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 55

| | |
|---|---|
| Name | Michael Jordan |
| Job or Title | Former NBA Player, Owner of the Charlotte Hornets |
| Street Address | |
| City and County | |
| State and Zip Code | North Carolina |
| Telephone Number | |
| E-mail Address | |

Defendant No. 56

Name                    Rich Cho

Job or Title            General Manager of the Charlotte Hornets

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address


Defendant No. 57

Name                    Steve Clifford

Job or Title            Head Coach of the Charlotte Hornets

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address


Defendant No. 58

Name                    Kemba Walker

Job or Title            Point Guard for the Charlotte Hornets

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address

Defendant No. 59

| | |
|---|---|
| Name | Dwight Howard |
| Job or Title | Center for the Charlotte Hornets |
| Street Address | |
| City and County | |
| State and Zip Code | North Carolina |
| Telephone Number | |
| E-mail Address | |

Defendant No. 60

| | |
|---|---|
| Name | Joseph S. Lacob |
| Job or Title | Owner of the Golden State Warriors |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 61

| | |
|---|---|
| Name | Peter Guber |
| Job or Title | Owner of the Golden State Warriors |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 62

| | |
|---|---|
| Name | Bob Meyers |
| Job or Title | General Manager of Golden State Warriors |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 63

| | |
|---|---|
| Name | Steve Kerr |
| Job or Title | Golden State Warriors Head Coach |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 64

| | |
|---|---|
| Name | Wardell Curry II |
| Job or Title | Golden State Warriors Point Guard |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 65

Name                     Kevin Durant

Job or Title             Golden State Warriors Small Forward

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address


Defendant No. 66

Name                     Klay Thompson

Job or Title             Golden State Warriors Shooting Guard

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address


Defendant No. 67

Name                     Draymond Green

Job or Title             Golden State Warriors Power Forward

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address

Defendant No. 68

| | |
|---|---|
| Name | Jim Buss |
| Job or Title | Owner of the Los Angeles Lakers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 69

| | |
|---|---|
| Name | Jeanie Buss |
| Job or Title | Owner of the Los Angeles Lakers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 70

| | |
|---|---|
| Name | Earvin Johnson III Jr. |
| Job or Title | General Manager Los Angeles Lakers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 74

| | |
|---|---|
| Name | Alonzo Ball |
| Job or Title | Los Angeles Lakers Point Guard |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 75

| | |
|---|---|
| Name | Brandon Ingram |
| Job or Title | Los Angeles Lakers Small Forward |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 76

| | |
|---|---|
| Name | Daniel Gilbert |
| Job or Title | Owner of the Cleveland Cavaliers |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 77

| | |
|---|---|
| Name | Koby Altman |
| Job or Title | General Manager of the Cleveland Cavaliers |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 78

| | |
|---|---|
| Name | Tyronn Lue |
| Job or Title | Cleveland Cavaliers Head Coach |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 79

| | |
|---|---|
| Name | LeBron James |
| Job or Title | Cleveland Cavaliers Small Forward |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 80

| | |
|---|---|
| Name | Kevin Love |
| Job or Title | Cleveland Cavaliers Power Forward |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 81

| | |
|---|---|
| Name | Dwayne Wade |
| Job or Title | Cleveland Cavaliers Shooting Guard |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 82

| | |
|---|---|
| Name | Earl Smith III |
| Job or Title | Cleveland Cavaliers Shooting Guard |
| Street Address | |
| City and County | |
| State and Zip Code | Ohio |
| Telephone Number | |
| E-mail Address | |

Defendant No. 83

| | |
|---|---|
| Name | Clay Bennett |
| Job or Title | Owner of the Oklahoma City Thunder |
| Street Address | |
| City and County | |
| State and Zip Code | Oklahoma |
| Telephone Number | |
| E-mail Address | |

Defendant No. 84

| | |
|---|---|
| Name | Sam Presti |
| Job or Title | General Manager of the Oklahoma City Thunder |
| Street Address | |
| City and County | |
| State and Zip Code | Oklahoma |
| Telephone Number | |
| E-mail Address | |

Defendant No. 85

| | |
|---|---|
| Name | Billy Donovan |
| Job or Title | Oklahoma City Thunder Head Coach |
| Street Address | |
| City and County | |
| State and Zip Code | Oklahoma |
| Telephone Number | |
| E-mail Address | |

Defendant No. 86

Name                      Russell Westbrook

Job or Title              Oklahoma City Thunder Point Guard

Street Address

City and County

State and Zip Code        Oklahoma

Telephone Number

E-mail Address


Defendant No. 87

Name                      Carmelo Anthony

Job or Title              Oklahoma City Thunder Small Forward

Street Address

City and County

State and Zip Code        Oklahoma

Telephone Number

E-mail Address


Defendant No. 88

Name                      Paul George

Job or Title              Oklahoma City Thunder Small Forward

Street Address

City and County

State and Zip Code        Oklahoma

Telephone Number

E-mail Address

Defendant No. 89

| | |
|---|---|
| Name | Steven Adams |
| Job or Title | Oklahoma City Thunder Center |
| Street Address | |
| City and County | |
| State and Zip Code | Oklahoma |
| Telephone Number | |
| E-mail Address | |

Defendant No. 90

| | |
|---|---|
| Name | Steve Ballmer |
| Job or Title | Owner of the Los Angeles Clippers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 91

| | |
|---|---|
| Name | David Wohl |
| Job or Title | General Manager of the Los Angeles Clippers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 92

| | |
|---|---|
| Name | Glenn Rivers |
| Job or Title | Los Angeles Clippers Head Coach |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 93

| | |
|---|---|
| Name | Austin Rivers |
| Job or Title | Los Angeles Clippers Point Guard |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 94

| | |
|---|---|
| Name | Blake Griffin |
| Job or Title | Los Angeles Clippers Power Forward |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 95

| | |
|---|---|
| Name | De Andre Jordan |
| Job or Title | Los Angeles Clippers Center |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 96

| | |
|---|---|
| Name | Tilman Fertitta |
| Job or Title | Owner Houston Rockets |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 97

| | |
|---|---|
| Name | Daryl Morey |
| Job or Title | General Manager of the Houston Rockets |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 98

| | |
|---|---|
| Name | Mike D'Antoni |
| Job or Title | Head Coach of the Houston Rockets |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 99

| | |
|---|---|
| Name | Chris Paul |
| Job or Title | Houston Rockets Point Guard |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 100

| | |
|---|---|
| Name | James Harden |
| Job or Title | Houston Rockets Shooting Guard |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 101

| | |
|---|---|
| Name | Trevor Ariza |
| Job or Title | Houston Rockets Small Forward |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 102

| | |
|---|---|
| Name | Tom Gores |
| Job or Title | Owner Detroit Pistons |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 103

| | |
|---|---|
| Name | Jeff Bower |
| Job or Title | General Manager of the Detroit Pistons |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 104

| | |
|---|---|
| Name | Stan Van Gundy |
| Job or Title | Head Coach of the Detroit Pistons |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 105

| | |
|---|---|
| Name | Andre Drummond |
| Job or Title | Detroit Pistons Center |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 106

| | |
|---|---|
| Name | Reggie Jackson |
| Job or Title | Detroit Pistons Point Guard |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 107

| | |
|---|---|
| Name | Tobias Harris |
| Job or Title | Detroit Pistons Small Forward |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 108

| | |
|---|---|
| Name | Avery Bradley |
| Job or Title | Detroit Pistons Shooting Guard |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 109

| | |
|---|---|
| Name | Steve Paglicua |
| Job or Title | Co-Owner of the Boston Celtics |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 110

| | |
|---|---|
| Name | Danny Ainge |
| Job or Title | General Manager of the Boston Celtics |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 111

| | |
|---|---|
| Name | Bradley Stevens |
| Job or Title | Head Coach of the Boston Celtics |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 112

| | |
|---|---|
| Name | Kyrie Irving |
| Job or Title | Point Guard of the Boston Celtics |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 113

| | |
|---|---|
| Name | Gordon Hayward |
| Job or Title | Point Guard of the Boston Celtics |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 114

| | |
|---|---|
| Name | Marcus Morris |
| Job or Title | Power Forward of the Boston Celtics |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 115

| | |
|---|---|
| Name | Chris Ilitch |
| Job or Title | Owner of the Detroit Tigers |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 116

| | |
|---|---|
| Name | Al Avila |
| Job or Title | Detroit Tigers General Manager |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 117

| | |
|---|---|
| Name | Ken Holland |
| Job or Title | Detroit Red Wings General Manager |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 118

| | |
|---|---|
| Name | Ron Gardenhire |
| Job or Title | Detroit Tigers Head Coach |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 119

Name                    Miguel Cabrera

Job or Title            Detroit Tigers Third Baseman

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address


Defendant No. 120

Name                    Victor Martinez

Job or Title            Detroit Tigers Designated Hitter

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address


Defendant No. 121

Name                    Dylan Larkin

Job or Title            Detroit Red Wings Centerman

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address

Defendant No. 122

| | |
|---|---|
| Name | Henrik Zetterberg |
| Job or Title | Detroit Red Wings Left Wing and Centerman |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 123

| | |
|---|---|
| Name | Frans Nielsen |
| Job or Title | Detroit Red Wings Centerman |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 124

| | |
|---|---|
| Name | Jim Crane |
| Job or Title | Owner of the Houston Astros |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 125

Name               Jeff Luhnow

Job or Title        General Manager of the Houston Astros

Street Address

City and County

State and Zip Code  Texas

Telephone Number

E-mail Address


Defendant No. 126

Name               Andrew Hinch

Job or Title        Head Coach of the Houston Astros

Street Address

City and County

State and Zip Code  Texas

Telephone Number

E-mail Address


Defendant No. 127

Name               Jose' Altuve

Job or Title        Second Baseman of the Houston Astros

Street Address

City and County

State and Zip Code  Texas

Telephone Number

E-mail Address

Defendant No. 128

Name                  Justin Verlander

Job or Title          Pitcher of the Houston Astros

Street Address

City and County

State and Zip Code    Texas

Telephone Number

E-mail Address


Defendant No. 129

Name                  Kate Upton Verlander

Job or Title          American Model and Actress

Street Address

City and County

State and Zip Code    Texas

Telephone Number

E-mail Address


Defendant No. 130

Name                  Hank Steinbrenner

Job or Title          Owner of the New York Yankees

Street Address

City and County

State and Zip Code    New York

Telephone Number

E-mail Address

Defendant No. 131

| | |
|---|---|
| Name | Brian Cashman |
| Job or Title | New York Yankees General Manager |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 132

| | |
|---|---|
| Name | Derek Jeter |
| Job or Title | Retired New York Yankees, Businessman |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 133

| | |
|---|---|
| Name | Aaron Judge |
| Job or Title | New York Yankees Right Fielder |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 134

| | |
|---|---|
| Name | Aroldis Chapman |
| Job or Title | New York Yankees Pitcher |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 135

| | |
|---|---|
| Name | Giancarlo Stanton |
| Job or Title | Outfielder of the New York Yankees |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 136

| | |
|---|---|
| Name | Brett Gardner |
| Job or Title | New York Yankees Designated Hitter |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 137

Name                    Joseph Girardi

Job or Title            Former New York Yankees Manager

Street Address

City and County

State and Zip Code      New York

Telephone Number

E-mail Address


Defendant No. 138

Name                    Marla Tanenbaum

Job or Title            Owner of the Washington Nationals

Street Address

City and County         Washington D.C                  Washington D.C

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 139

Name                    Mike Rizzo

Job or Title            General Manager of the Washington Nationals

Street Address

City and County         Washington D.C                  Washington D.C

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 140

Name                    Dave Martinez

Job or Title            Washington Nationals Manager

Street Address

City and County         Washington D.C                    Washington D.C

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 141

Name                    Bryce Harper

Job or Title            Washington Nationals Right Fielder

Street Address

City and County         Washington D.C                    Washington D.C

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 142

Name                    Maxwell Scherzer

Job or Title            Washington Nationals Pitcher

Street Address

City and County         Washington D.C                    Washington D.C

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 143

| | |
|---|---|
| Name | Stephen Strasburg |
| Job or Title | Washington Nationals Pitcher |
| Street Address | |
| City and County | Washington D.C                    Washington D.C |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 144

| | |
|---|---|
| Name | Guggenheim Baseball Management |
| Job or Title | Owner of the Los Angeles Dodgers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 145

| | |
|---|---|
| Name | Farhan Zaidi |
| Job or Title | General Manager of the Los Angeles Dodgers |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 149

Name                     Arturo Moreno

Job or Title             Owner of the Los Angeles Angels

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address


Defendant No. 150

Name                     Billy Eppler

Job or Title             General Manager of the Los Angeles Angels

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address


Defendant No. 151

Name                     Mike Scioscia

Job or Title             Los Angeles Angels Manager

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address

Defendant No. 152

Name                    Michael Trout

Job or Title            Los Angeles Angels Center Fielder

Street Address

City and County

State and Zip Code      California

Telephone Number

E-mail Address


Defendant No. 153

Name                    Jose' Alcantara

Job or Title            Los Angeles Angels First Baseman

Street Address

City and County

State and Zip Code      California

Telephone Number

E-mail Address


Defendant No. 154

Name                    Martha Firestone Ford

Job or Title            Owner of the Detroit Lions

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address

Defendant No. 155

Name                    Bob Quinn

Job or Title            Detroit Lions General Manager

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address


Defendant No. 156

Name                    Jim Caldwell

Job or Title            Detroit Lions Head Coach

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address


Defendant No. 157

Name                    Matthew Stafford

Job or Title            Detroit Lions Quarterback

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address

Defendant No. 158

| | |
|---|---|
| Name | Golden Tate III |
| Job or Title | Detroit Lions Wide Receiver |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 159

| | |
|---|---|
| Name | Darius Slay |
| Job or Title | Detroit Lions Cornerback |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 160

| | |
|---|---|
| Name | Ezekiel Ansah |
| Job or Title | Detroit Lions Defensive End |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 161

Name                    Marvin Jones Jr.

Job or Title            Detroit Lions Wide Receiver

Street Address

City and County

State and Zip Code      Michigan

Telephone Number

E-mail Address


Defendant No. 162

Name                    Jerry Jones

Job or Title            Owner of the Dallas Cowboys

Street Address

City and County

State and Zip Code      Texas

Telephone Number

E-mail Address


Defendant No. 163

Name                    Jason Garrett

Job or Title            Head Coach of the Dallas Cowboys

Street Address

City and County

State and Zip Code      Texas

Telephone Number

E-mail Address

Defendant No. 164

Name                        Michael Irvin

Job or Title                Retired Professional Football Player, Businessman, Actor

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 165

Name                        Rayne Prescott

Job or Title                Quarterback of the Dallas Cowboys

Street Address

City and County

State and Zip Code          Texas

Telephone Number

E-mail Address


Defendant No. 166

Name                        Ezekiel Elliott

Job or Title                Running Back of the Dallas Cowboys

Street Address

City and County

State and Zip Code          Texas

Telephone Number

E-mail Address

Defendant No. 167

| | |
|---|---|
| Name | Desmond Bryant Jr |
| Job or Title | Wide Receiver of the Dallas Cowboys |
| Street Address | |
| City and County | |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address | |

Defendant No. 168

| | |
|---|---|
| Name | Stephen M. Ross |
| Job or Title | Owner of the Miami Dolphins |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address | |

Defendant No. 169

| | |
|---|---|
| Name | Chris Grier |
| Job or Title | General Manager of the Miami Dolphins |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address | |

Defendant No. 170

Name                    Adam Gase

Job or Title            Head Coach of the Miami Dolphins

Street Address

City and County

State and Zip Code      Florida

Telephone Number

E-mail Address


Defendant No. 171

Name                    Jay Cutler

Job or Title            Quarterback of the Miami Dolphins

Street Address

City and County

State and Zip Code      Florida

Telephone Number

E-mail Address


Defendant No. 172

Name                    Ryan Tannehill

Job or Title            Quarterback of the Miami Dolphins

Street Address

City and County

State and Zip Code      Florida

Telephone Number

E-mail Address

Defendant No. 173

| | |
|---|---|
| Name | Jarvis Landry |
| Job or Title | Wide Receiver of the Miami Dolphins |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address | |

Defendant No. 174

| | |
|---|---|
| Name | Ndamukong Suh |
| Job or Title | Defensive Tackle of the Miami Dolphins |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address | |

Defendant No. 175

| | |
|---|---|
| Name | Cameron Wake |
| Job or Title | Defensive End of the Miami Dolphins |
| Street Address | |
| City and County | |
| State and Zip Code | Florida |
| Telephone Number | |
| E-mail Address | |

Defendant No. 176

Name                        Robert Kraft

Job or Title                Owner of the New England Patriots

Street Address

City and County

State and Zip Code          Massachusetts

Telephone Number

E-mail Address


Defendant No. 177

Name                        Bill Belichick

Job or Title                General Manager/Head Coach New England Patriots

Street Address

City and County

State and Zip Code          Massachusetts

Telephone Number

E-mail Address


Defendant No. 178

Name                        Tom Brady

Job or Title                Quarterback of the New England Patriots

Street Address

City and County

State and Zip Code          Massachusetts

Telephone Number

E-mail Address

Defendant No. 179

| | |
|---|---|
| Name | Robert Gronkowski |
| Job or Title | Tight End of the New England Patriots |
| Street Address | |
| City and County | |
| State and Zip Code | Massachusetts |
| Telephone Number | |
| E-mail Address | |

Defendant No. 180

| | |
|---|---|
| Name | Jerry Richardson |
| Job or Title | Owner of the Carolina Panthers |
| Street Address | |
| City and County | |
| State and Zip Code | North Carolina |
| Telephone Number | |
| E-mail Address | |

Defendant No. 181

| | |
|---|---|
| Name | Marty Hurney |
| Job or Title | General Manager Carolina Panthers |
| Street Address | |
| City and County | |
| State and Zip Code | North Carolina |
| Telephone Number | |
| E-mail Address | |

Defendant No. 182

Name                    Ronald Rivera

Job or Title            Carolina Panthers Head Coach

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address


Defendant No. 183

Name                    Cameron Newton

Job or Title            Carolina Panthers Quarterback

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address


Defendant No. 184

Name                    Luke Kuechly

Job or Title            Carolina Panthers Linebacker

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address

Defendant No. 185

Name                    Greg Olson

Job or Title            Carolina Panthers Tight End

Street Address

City and County

State and Zip Code      North Carolina

Telephone Number

E-mail Address


Defendant No. 186

Name                    Michael Strahan

Job or Title            Media Personality and Former Defensive End NFL

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 187

Name                    Ronald Burke

Job or Title            Owner of the Pittsburg Penguins

Street Address

City and County

State and Zip Code      Pennsylvania

Telephone Number

E-mail Address

Defendant No. 188

| | |
|---|---|
| Name | Mario Lemieux |
| Job or Title | Co-Owner of the Pittsburg Penguins |
| Street Address | |
| City and County | |
| State and Zip Code | Pennsylvania |
| Telephone Number | |
| E-mail Address | |

Defendant No. 189

| | |
|---|---|
| Name | Mike Sullivan |
| Job or Title | Pittsburg Penguins Head Coach |
| Street Address | |
| City and County | |
| State and Zip Code | Pennsylvania |
| Telephone Number | |
| E-mail Address | |

Defendant No. 190

| | |
|---|---|
| Name | Sidney Crosby |
| Job or Title | Pittsburg Penguins Centerman |
| Street Address | |
| City and County | |
| State and Zip Code | Pennsylvania |
| Telephone Number | |
| E-mail Address | |

Defendant No. 191

| | |
|---|---|
| Name | Evgeni Sullivan |
| Job or Title | Pittsburg Penguins Forward |
| Street Address | |
| City and County | |
| State and Zip Code | Pennsylvania |
| Telephone Number | |
| E-mail Address | |

Defendant No. 192

| | |
|---|---|
| Name | Eldrick Woods |
| Job or Title | American Professional Golfer |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 193

| | | |
|---|---|---|
| Name | NBC Universal  Inc | |
| Job or Title | | |
| Street Address | 30 Rockefeller Plaza | |
| City and County | New York City | New York |
| State and Zip Code | New York | 10112 |
| Telephone Number | 212 664 4444 | |
| E-mail Address | | |

Defendant No. 194

Name                    Stephen Burke

Job or Title            Executive Vice President of Comcast

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 195

Name                    Megyn Kelly

Job or Title            American Journalist, Former Corporate Defense Attorney

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 196

Name                    Lester Holt

Job or Title            American Journalist

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 197

Name                    Ryan Seacrest

Job or Title            American Radio Personality, Television Host and Producer

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 198

Name                    Kelly Ripa

Job or Title            American Actress, Dancer, Television Producer

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 199

Name                    Caitlyn Jenner

Job or Title            American Television Personality

Street Address

City and County

State and Zip Code       California

Telephone Number

E-mail Address

Defendant No. 200

Name                    Kristen Jenner

Job or Title            Television Producer

Street Address

City and County

State and Zip Code      California

Telephone Number

E-mail Address


Defendant No. 201

Name                    Kim Kardashian West

Job or Title            American Reality Television Personality, Actress, Model

Street Address

City and County

State and Zip Code      California

Telephone Number

E-mail Address


Defendant No. 202

Name                    Kayne West

Job or Title            American Rapper, Singer, Songwriter, Record Producer

Street Address

City and County

State and Zip Code      California

Telephone Number

E-mail Address

Defendant No. 203

| | |
|---|---|
| Name | Khloe' Kardashian |
| Job or Title | American Reality Television Personality, Actress, Model |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 204

| | |
|---|---|
| Name | Kourtney Kardashian |
| Job or Title | American Reality Television Personality, Actress, Model |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 205

| | |
|---|---|
| Name | Robert Kardashian |
| Job or Title | American Television Personality |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 206

| | |
|---|---|
| Name | Kylie Jenner |
| Job or Title | American Reality Television Personality, Actress, Model |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 207

| | |
|---|---|
| Name | Kendall Jenner |
| Job or Title | American Reality Television Personality, Actress, Model |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address | |

Defendant No. 208

| | |
|---|---|
| Name | Scott Disick |
| Job or Title | TV Personality |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 209

Name                    Tracy Marrow

Job or Title            American Musician, Rapper, Songwriter, Actor

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 210

Name                    Nicole Marrow

Job or Title            American Actress, Dancer, Glamour Model

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 211

Name                    Matthew Lauder

Job or Title            American Television Journalist

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 212

| | |
|---|---|
| Name | Playboy Enterprise |
| Job or Title | |
| Street Address | 9346 Civic Center Dr. Ste 200 |
| City and County | Beverly Hills          Los Angeles |
| State and Zip Code | California          90210 |
| Telephone Number | 310 424 1800 |
| E-mail Address | |

Defendant No. 213

| | |
|---|---|
| Name | Ben Kohn |
| Job or Title | Chief Executive Officer of Playboy Enterprises |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 214

| | |
|---|---|
| Name | Charles Dean Metropoulos |
| Job or Title | American Businessman |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 215

| | |
|---|---|
| Name | Daren Metropoulos |
| Job or Title | American Businessman |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 216

| | | |
|---|---|---|
| Name | Coachella Valley Music and Arts Festival | |
| Job or Title | | |
| Street Address | 81-800 51st Ave | |
| City and County | Indio | Riverside County |
| State and Zip Code | California | 92201 |
| Telephone Number | 855 771 3667 | |
| E-mail Address | | |

Defendant No. 217

| | |
|---|---|
| Name | Shawn Carter |
| Job or Title | American Businessman, American Rapper |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address | |

Defendant No. 218

Name                    Beyonce' Carter

Job or Title            American Singer, Songwriter, Dancer, and Actress

Street Address

City and County

State and Zip Code      New York

Telephone Number

E-mail Address


Defendant No. 219

Name                    Clifford Harris Jr.

Job or Title            American Rapper and Actor

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 220

Name                    Mariah Carey

Job or Title            American Singer, Songwriter, Record Producer and Actress

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 221

| | |
|---|---|
| Name | Bryan Williams |
| Job or Title | American Rapper, Record Producer, and Entrepreneur |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 222

| | |
|---|---|
| Name | Dwayne Carter Jr. |
| Job or Title | American Rapper, Record Producer, and Entrepreneur |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 223

| | |
|---|---|
| Name | Scarlett Johansson |
| Job or Title | American Actress and Singer |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 224

Name                    Bradley Pitt

Job or Title            American Actor and Producer

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 225

Name                    Angelina Jolie Pitt

Job or Title            American Actress, Filmmaker, and Humanitarian

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 226

Name                    O'Shea Jackson Sr.

Job or Title            American Actress, Filmmaker, and Humanitarian

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 227

| | |
|---|---|
| Name | Denzel Washington |
| Job or Title | American Actor, Director, and Producer |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 228

| | |
|---|---|
| Name | Sport Center |
| Job or Title | |
| Street Address | 545 Middle Street |
| City and County | Bristol                          Hartford |
| State and Zip Code | Connecticut                  06010 |
| Telephone Number | 855 605 0318 |
| E-mail Address | |

Defendant No. 229

| | |
|---|---|
| Name | John Skipper |
| Job or Title | President of ESPN |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 230

Name                          Hannah Storm

Job or Title                  Anchor of ESPN'S Sport Center

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 231

Name                          John Anderson

Job or Title                  Anchor of ESPN'S Sport Center

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address


Defendant No. 232

Name                          Stephen A. Smith

Job or Title                  Sports Journalist, Sports Radio Host, Actor

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

Defendant No. 233

Name                    Molly Qerim

Job or Title            American Sports Anchor and Moderator for ESPN First Take

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address          _____


Defendant No. 234

Name                    Max Kellerman

Job or Title            American Boxing Commentator and Sports TV Personality

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address          _____


Defendant No. 235

Name                    Kymberli Worthy

Job or Title            Prosecutor of Wayne County Michigan

Street Address          _____

City and County         _____

State and Zip Code      Michigan

Telephone Number        _____

E-mail Address          _____

Defendant No. 236

| | |
|---|---|
| Name | Carolyn Clifford |
| Job or Title | Anchor of Seven News |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 237

| | |
|---|---|
| Name | Amy Andrews |
| Job or Title | Anchor of Fox 2 Morning News |
| Street Address | |
| City and County | |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address | |

Defendant No. 238

| | | |
|---|---|---|
| Name | Ferrari | |
| Job or Title | | |
| Street Address | Via Abetone Inferiore 4 | |
| City and County | Maranello | |
| State and Zip Code | Italy Province of Modena | 41053 |
| Telephone Number | 39 0536 949 111 | |
| E-mail Address | | |

Defendant No. 239

| | |
|---|---|
| Name | Sergio Marchionne |
| Job or Title | Chairman and CEO of Ferrari and Maserati |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 240

| | |
|---|---|
| Name | Ferrari of San Diego |
| Job or Title | |
| Street Address | 7514 Girard Ave |
| City and County | La Jolla — La Jolla |
| State and Zip Code | California — 92037 |
| Telephone Number | 866 567 8449 |
| E-mail Address | |

Defendant No. 241

| | |
|---|---|
| Name | Ferrari and Maserati of San Diego |
| Job or Title | |
| Street Address | 9230 Trade PL #100 |
| City and County | San Diego — San Diego County |
| State and Zip Code | California — 92126 |
| Telephone Number | 858 831 0717 |
| E-mail Address | |

Defendant No. 242

| | |
|---|---|
| Name | Ferrari and Maserati Silicon Valley |
| Job or Title | |
| Street Address | 2750 El Camino Real |
| City and County | Redwood  City          San Mateo County |
| State and Zip Code | California          92126 |
| Telephone Number | 888 876 8007 |
| E-mail Address | |

Defendant No. 243

| | |
|---|---|
| Name | Ferrari Beverly Hills |
| Job or Title | |
| Street Address | 9372 Wilshire Blvd |
| City and County | Beverly Hills          Los Angeles County |
| State and Zip Code | California          90212 |
| Telephone Number | 888 848 7056 |
| E-mail Address | |

Defendant No. 244

| | |
|---|---|
| Name | Ferrari Beverly Hills Service and Collision Center |
| Job or Title | |
| Street Address | 2110 Cotner |
| City and County | Los Angeles          Los Angeles County |
| State and Zip Code | California          90212 |
| Telephone Number | 888 869 3865 |
| E-mail Address | |

Defendant No. 245

| | |
|---|---|
| Name | Ferrari of San Francisco |
| Job or Title | |
| Street Address | 595 Redwood Hwy |
| City and County | Mill Valley          Marin County |
| State and Zip Code | California          94941 |
| Telephone Number | 415 380 9700 |
| E-mail Address | |

Defendant No. 246

| | |
|---|---|
| Name | Ferrari Westlake |
| Job or Title | |
| Street Address | 3195 Willow Lane |
| City and County | Thousand Oaks          Ventura County |
| State and Zip Code | California          91361 |
| Telephone Number | 888 829 1979 |
| E-mail Address | |

Defendant No. 247

| | |
|---|---|
| Name | Ferrari of South Bay |
| Job or Title | |
| Street Address | 23305 Hawthorne Blvd |
| City and County | Torrance          Los Angeles  County |
| State and Zip Code | California          90505 |
| Telephone Number | 888 928 5509 |
| E-mail Address | |

Defendant No. 248

Name                  Ferrari of New Port Beach

Job or Title

Street Address        900 West Coast Hwy

City and County       New Port Beach                Orange County

State and Zip Code    California                    92663

Telephone Number      949 612 2317

E-mail Address


Defendant No. 249

Name                  Ferrari of Palm Beach

Job or Title

Street Address        3974 Okeechobee Blvd

City and County       West Palm Beach               Palm Beach

State and Zip Code    Florida                       33409

Telephone Number      561 615 7222

E-mail Address


Defendant No. 250

Name                  Ferrari and Maserati Fort Lauderdale

Job or Title

Street Address        5750 N Federal Hwy

City and County       Fort Lauderdale               Broward

State and Zip Code    Florida                       33308

Telephone Number      954 607 7928

E-mail Address

Defendant No. 251

| | |
|---|---|
| Name | Ferrari Store Aventura |
| Job or Title | |
| Street Address | 19501 Biscayne Blvd |
| City and County | Miami | Miami-Dade |
| State and Zip Code | Florida | 33180 |
| Telephone Number | 305 692 5280 |
| E-mail Address | |

Defendant No. 252

| | |
|---|---|
| Name | Ferrari of Central Florida |
| Job or Title | |
| Street Address | 525 S Lake Destiny Dr. |
| City and County | Orlando | Orange |
| State and Zip Code | Florida | 32810 |
| Telephone Number | 407 667 4300 |
| E-mail Address | |

Defendant No. 253

| | |
|---|---|
| Name | Cauley Ferrari of Detroit |
| Job or Title | |
| Street Address | 7070 Orchard Lake Rd |
| City and County | West Bloomfield | Oakland |
| State and Zip Code | Michigan | 48322 |
| Telephone Number | 248 538 9600 |
| E-mail Address | |

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
The plaintiff, *(name)* Jerome S. Adams
is a citizen of the State of *(name)* Michigan

    b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
The defendant, *(name)* President Donald J. Trump is a citizen of the
State of *(name)* Washington D.C. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation
The defendant, *(name)* National Football League, is incorporated
under the laws of the State of *(name)* New York, and
has its principal place of business in the State of *(name)*
New York. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.  If the defendant is a corporation

The defendant, (name) National Basketball Association, is incorporated under the laws of

the State of (name) New York, and has its principal place of business in the State

of (name) New York. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


4.  If the defendant is a corporation

The defendant, (name) Major League Baseball, is incorporated under the laws of

the State of (name) New York, and has its principal place of business in the State

of (name) New York. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


5.  If the defendant is a corporation

The defendant, (name) ) National Hockey League, is incorporated under the laws of

the State of (name) New York, and has its principal place of business in the State

of (name) New York. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


6.  If the defendant is a corporation

The defendant, (name) Bank of America, is incorporated under the laws of

the State of (name) Michigan, and has its principal place of business in the State

of (name) ) Michigan. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.

7.    If the defendant is a corporation

The defendant, (name) Amtrak of Detroit, is incorporated under the laws of

the State of (name) Michigan, and has its principal place of business in the State

of (name) ) Michigan. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


8.    If the defendant is a corporation

The defendant, (name) DTE Energy Company, is incorporated under the laws of

the State of (name) Michigan, and has its principal place of business in the State

of (name) ) Michigan. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


9.    If the defendant is a corporation

The defendant, (name) Walmart, is incorporated under the laws of

the State of (name) Virginia, and has its principal place of business in the State

of (name) ) Virginia. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


10.   If the defendant is a corporation

The defendant, (name) Henry Ford Hospital, is incorporated under the laws of

the State of (name) Michigan _____, and has its principal place of business in the State

of (name) Michigan _____, Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.

11.    If the defendant is a corporation

The defendant, (name) Time Magazine, is incorporated under the laws of

the State of (name) New York, and has its principal place of business in the State

of (name) New York. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


12.    If the defendant is a corporation

The defendant, (name) Nike, is incorporated under the laws of

the State of (name) Oregon, and has its principal place of business in the State

of (name) Oregon. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


13.    If the defendant is a corporation

The defendant, (name) Adidas is incorporated under the laws of

the State of (name)Oregon , and has its principal place of business in the State

of (name) Oregon . Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


14.    If the defendant is a corporation

The defendant, (name) West Coast Customs, is incorporated under the laws of

the State of (name) California, and has its principal place of business in the State

of (name) California Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.

15.     If the defendant is a corporation

The defendant, (name) CSL Plasma, is incorporated under the laws of

the State of (name) Michigan, and has its principal place of business in the State

of (name) ) Michigan. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


16.     If the defendant is a corporation

The defendant, (name) Berkshire Hathaway, is incorporated under the laws of

the State of (name) Nebraska, and has its principal place of business in the State

of (name) ) Nebraska. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


17.     If the defendant is a corporation

The defendant, (name) Apple, is incorporated under the laws of

the State of (name) California, and has its principal place of business in the State

of (name) ) California. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


18.     If the defendant is a corporation

The defendant, (name) Beats, is incorporated under the laws of

the State of (name) California, and has its principal place of business in the State

of (name) ) California. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.

19.     If the defendant is a corporation

The defendant, (name) Microsoft, is incorporated under the laws of

the State of (name) Washington, and has its principal place of business in the State

of (name) ) Washington. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


20.     If the defendant is a corporation

The defendant, (name) Hilton, is incorporated under the laws of

the State of (name) Virginia_____, and has its principal place of business in the State

of (name) Virginia_____, Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____,


21.     If the defendant is a corporation

The defendant, (name) Under Armour, is incorporated under the laws of

the State of (name) Maryland, and has its principal place of business in the State

of (name) ) Maryland. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


22.     If the defendant is a corporation

The defendant, (name) Playboy Enterprise, is incorporated under the laws of

the State of (name) California, and has its principal place of business in the State

of (name) ) California. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.

23.     If the defendant is a corporation

The defendant, (name) NBC Universal, is incorporated under the laws of

the State of (name) New York, and has its principal place of business in the State

of (name) New York. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


24.     If the defendant is a corporation

The defendant, (name) Sport Center, is incorporated under the laws of

the State of (name) Connecticut, and has its principal place of business in the State

of (name) ) Connecticut. Or is incorporated under the laws of (foreign nation)

_____, and has its principal place of business in

(name)_____.


25.     If the defendant is a corporation

The defendant, (name) Ferrari, is incorporated under the laws of

the State of (name) _____, and has its principal place of business in the State

of (name)_____. Or is incorporated under the laws of (foreign nation) Italy, and has

its principal place of business in (name) Italy.


26.     If the defendant is an individual

The defendant, (name) Melania Trump, is a citizen of the State of

(name)Washington D.C  Or is a citizen of (foreign nation) _____.


27.     If the defendant is an individual

The defendant, (name) Queen Elizabeth II Alexandra Mary, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation) Britian_____.


28.     If the defendant is an individual

The defendant, (name) President Vladimir Putin, is a citizen of the State of

(name)_____Or is a citizen of (foreign nation) Russia_____.

29.     If the defendant is an individual

        The defendant, (name) Bill Clinton, is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation)_____.


30.     If the defendant is an individual

        The defendant, (name) Hillary Clinton, is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation)_____.


31.     If the defendant is an individual

        The defendant, (name) Barack Obama, is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation)_____.


32.     If the defendant is an individual

        The defendant, (name) Prince William Lewis, is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation) Britian_____.


33.     If the defendant is an individual

        The defendant, (name) Princess Catherine Middleton, is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation) Britian_____.


34.     If the defendant is an individual

        The defendant, (name) Donald Trump Jr, is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation)_____.


35.     If the defendant is an individual

        The defendant, (name) Eric Trump , is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation)_____.


36.     If the defendant is an individual

        The defendant, (name) Ivanka Trump , is a citizen of the State of

        (name)_____ Or is a citizen of (foreign nation)_____.

37.   If the defendant is an individual

The defendant, (name) Tiffany Trump , is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


38.   If the defendant is an individual

The defendant, (name) Christopher Wray, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


39.   If the defendant is an individual

The defendant, (name) John McCain III, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


40.   If the defendant is an individual

The defendant, (name) Newton Gingrich, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


41.   If the defendant is an individual

The defendant, (name) Willard Romney, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


42.   If the defendant is an individual

The defendant, (name) Benjamin Carson, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


43.   If the defendant is an individual

The defendant, (name) Carolyn Kenney, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


44.   If the defendant is an individual

The defendant, (name) Garry Bettman, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.

45.     If the defendant is an individual

The defendant, (name) Roger Goodell, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


46.     If the defendant is an individual

The defendant, (name) Robert Manfred, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


47.     If the defendant is an individual

The defendant, (name) Adam Silver, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


48.     If the defendant is an individual

The defendant, (name) Philip Knight, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


49.     If the defendant is an individual

The defendant, (name) Kasper Rorsted, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


50.     If the defendant is an individual

The defendant, (name) Ryan Friedlinghaus, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


51.     If the defendant is an individual

The defendant, (name) Justin Bieber, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


52.     If the defendant is an individual

The defendant, (name) Beth Bernstein, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.

53. If the defendant is an individual

The defendant, (name) Mike Morse, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


54. If the defendant is an individual

The defendant, (name) Geoffrey Fieger, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


55. If the defendant is an individual

The defendant, (name) Warren Buffett, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


56. If the defendant is an individual

The defendant, (name) Steve Jobs, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


57. If the defendant is an individual

The defendant, (name) Andre Young, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


58. If the defendant is an individual

The defendant, (name) Bill Gates III, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


59. If the defendant is an individual

The defendant, (name) Christopher J. Nassetta, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


60. If the defendant is an individual

The defendant, (name) Paris Hilton, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.

61.     If the defendant is an individual

The defendant, (name) Kevin Plank, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


62.     If the defendant is an individual

The defendant, (name) Philip Jackson, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


63.     If the defendant is an individual

The defendant, (name) Michael Jordan, is a citizen of the State of

(name)North Carolina_____ Or is a citizen of (foreign nation)_____.


64.     If the defendant is an individual

The defendant, (name) Rich Cho, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


65.     If the defendant is an individual

The defendant, (name) Steve Clifford, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


66.     If the defendant is an individual

The defendant, (name) Kemba Walker, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


67.     If the defendant is an individual

The defendant, (name) Dwight Howard, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


68.     If the defendant is an individual

The defendant, (name) Joseph Lacob is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.

69.     If the defendant is an individual

The defendant, (name) Peter Guber, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


70.     If the defendant is an individual

The defendant, (name) Bob Meyers, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


71.     If the defendant is an individual

The defendant, (name) Steve Kerr, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


72.     If the defendant is an individual

The defendant, (name) Wardell Curry II, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


73.     If the defendant is an individual

The defendant, (name) Kevin Durant, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


74.     If the defendant is an individual

The defendant, (name) Klay Thompson, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


75.     If the defendant is an individual

The defendant, (name) Draymond Green, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.


76.     If the defendant is an individual

The defendant, (name) Jim Buss, is a citizen of the State of

(name)California   Or is a citizen of (foreign nation)_____.

77.    If the defendant is an individual

The defendant, (name) Jeanie Buss, is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


78.    If the defendant is an individual

The defendant, (name) Earvin Johnson III Jr., is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


79.    If the defendant is an individual

The defendant, (name) Kobe Bryant, is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


80.    If the defendant is an individual

The defendant, (name) Shaquille O'Neal, is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


81.    If the defendant is an individual

The defendant, (name) Luke Walton, is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


82.    If the defendant is an individual

The defendant, (name) Alonzo Ball, is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


83.    If the defendant is an individual

The defendant, (name) Brandon Ingram, is a citizen of the State of

(name)California_ Or is a citizen of (foreign nation)_____.


84.    If the defendant is an individual

The defendant, (name) Daniel Gilbert, is a citizen of the State of

(name)Ohio_ Or is a citizen of (foreign nation)_____.

85.     If the defendant is an individual

The defendant, (name) <u>Koby Altman</u>, is a citizen of the State of

(name)<u>Ohio</u>  Or is a citizen of (foreign nation)_____.


86.     If the defendant is an individual

The defendant, (name) <u>Tyrone Lue</u>, is a citizen of the State of

(name)<u>Ohio</u>  Or is a citizen of (foreign nation)_____.


87.     If the defendant is an individual

The defendant, (name) <u>LeBron James</u>, is a citizen of the State of

(name)<u>Ohio</u>  Or is a citizen of (foreign nation)_____.


88.     If the defendant is an individual

The defendant, (name) <u>Kevin Love</u>, is a citizen of the State of

(name)<u>Ohio</u>  Or is a citizen of (foreign nation)_____.


89.     If the defendant is an individual

The defendant, (name) <u>Dwayne Wade</u>, is a citizen of the State of

(name)<u>Ohio</u>  Or is a citizen of (foreign nation)_____.


90.     If the defendant is an individual

The defendant, (name) <u>Earl Smith III</u>, is a citizen of the State of

(name)<u>Ohio</u>  Or is a citizen of (foreign nation)_____.


91.     If the defendant is an individual

The defendant, (name) <u>Clay Bennett</u>, is a citizen of the State of

(name)<u>Oklahoma</u>  Or is a citizen of (foreign nation)_____.


92.     If the defendant is an individual

The defendant, (name) <u>Sam Presti</u>, is a citizen of the State of

(name)<u>Oklahoma</u>  Or is a citizen of (foreign nation)_____.

93.     If the defendant is an individual

The defendant, (name) <u>Billy Donovan</u>, is a citizen of the State of

(name)<u>Oklahoma</u>   Or is a citizen of (foreign nation)_____.


94.     If the defendant is an individual

The defendant, (name) <u>Russell Westbrook</u>, is a citizen of the State of

(name)<u>Oklahoma</u>   Or is a citizen of (foreign nation)_____.


95.     If the defendant is an individual

The defendant, (name) <u>Carmelo Anthony</u>, is a citizen of the State of

(name)<u>Oklahoma</u>   Or is a citizen of (foreign nation)_____.


96.     If the defendant is an individual

The defendant, (name) <u>Paul George</u>, is a citizen of the State of

(name)<u>Oklahoma</u>   Or is a citizen of (foreign nation)_____.


97.     If the defendant is an individual

The defendant, (name) <u>Steven Adams</u>, is a citizen of the State of

(name)<u>Oklahoma</u>  Or is a citizen of (foreign nation)_____.


98.     If the defendant is an individual

The defendant, (name) <u>Steve Ballmer</u>, is a citizen of the State of

(name)<u>California</u> Or is a citizen of (foreign nation)_____.


99.     If the defendant is an individual

The defendant, (name) <u>David Wohl</u>, is a citizen of the State of

(name)<u>California</u> Or is a citizen of (foreign nation)_____.


100.    If the defendant is an individual

The defendant, (name) <u>Glenn Rivers</u>, is a citizen of the State of

(name)<u>California</u> Or is a citizen of (foreign nation)_____.

101.    If the defendant is an individual

The defendant, (name) Austin Rivers, is a citizen of the State of

(name)California Or is a citizen of (foreign nation)_____.


102.    If the defendant is an individual

The defendant, (name) Blake Griffin, is a citizen of the State of

(name)California Or is a citizen of (foreign nation)_____.


103.    If the defendant is an individual

The defendant, (name) De Andre Jordan, is a citizen of the State of

(name)California Or is a citizen of (foreign nation)_____.


104.    If the defendant is an individual

The defendant, (name) Tilman Fertitta, is a citizen of the State of

(name)Texas Or is a citizen of (foreign nation)_____.


105.    If the defendant is an individual

The defendant, (name) Daryl Morey, is a citizen of the State of

(name)Texas Or is a citizen of (foreign nation)_____.


106.    If the defendant is an individual

The defendant, (name) Mike D'Antoni, is a citizen of the State of

(name)Texas Or is a citizen of (foreign nation)_____.


107.    If the defendant is an individual

The defendant, (name) Chris Paul, is a citizen of the State of

(name)Texas Or is a citizen of (foreign nation)_____.


108.    If the defendant is an individual

The defendant, (name) James Harden, is a citizen of the State of

(name)Texas Or is a citizen of (foreign nation)_____.

109.    If the defendant is an individual

The defendant, (name) <u>Trevor Ariza</u>, is a citizen of the State of

(name)<u>Texas</u> Or is a citizen of (foreign nation)_____.


110.    If the defendant is an individual

The defendant, (name) <u>Tom Gores</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.


111.    If the defendant is an individual

The defendant, (name) <u>Jeff Bower</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.


112.    If the defendant is an individual

The defendant, (name<u>) Stan Van Gundy</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.


113.    If the defendant is an individual

The defendant, (name) <u>Andre Drummond</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.


114.    If the defendant is an individual

The defendant, (name) <u>Reggie Jackson</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.


115.    If the defendant is an individual

The defendant, (name) <u>Tobias Harris</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.


116.    If the defendant is an individual

The defendant, (name) <u>Avery Bradley</u>, is a citizen of the State of

(name)<u>Michigan</u> Or is a citizen of (foreign nation)_____.

117.    If the defendant is an individual

The defendant, (name) Steve Paglicua, is a citizen of the State of

(name)Massachusetts Or is a citizen of (foreign nation)_____.


118.    If the defendant is an individual

The defendant, (name) Danny Ainge, is a citizen of the State of

(name)Massachusetts Or is a citizen of (foreign nation)_____.


119.    If the defendant is an individual

The defendant, (name) Bradley Stevens, is a citizen of the State of

(name)Massachusetts Or is a citizen of (foreign nation)_____.


120.    If the defendant is an individual

The defendant, (name) Kyrie Irving, is a citizen of the State of

(name)Massachusetts Or is a citizen of (foreign nation)_____.


121.    If the defendant is an individual

The defendant, (name) Gordon Hayward, is a citizen of the State of

(name)Massachusetts Or is a citizen of (foreign nation)_____.


122.    If the defendant is an individual

The defendant, (name) Marcus Morris, is a citizen of the State of

(name)Massachusetts Or is a citizen of (foreign nation)_____.


123.    If the defendant is an individual

The defendant, (name) Christopher Ilitch, is a citizen of the State of

(name)Michigan_____ Or is a citizen of (foreign nation)_____.


124.    If the defendant is an individual

The defendant, (name) Al Avila, is a citizen of the State of

(name)Michigan_____ Or is a citizen of (foreign nation)_____.

125.    If the defendant is an individual

The defendant, (name) Ken Holland, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


126.    If the defendant is an individual

The defendant, (name) Ronald Gardenhire, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


127.    If the defendant is an individual

The defendant, (name) Miguel Cabrera, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


128.    If the defendant is an individual

The defendant, (name) Victor Martinez, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


129.    If the defendant is an individual

The defendant, (name) Dylan Larkin, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


130.    If the defendant is an individual

The defendant, (name) Henrik Zetterberg, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


131.    If the defendant is an individual

The defendant, (name) Frans Nielsen, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.


132.    If the defendant is an individual

The defendant, (name) Jim Crane, is a citizen of the State of

(name) Texas_____ Or is a citizen of (foreign nation)_____.