133.  If the defendant is an individual

The defendant, (name) Jeff Luhnow, is a citizen of the State of

(name) Texas _____ Or is a citizen of (foreign nation) _____.

134.  If the defendant is an individual

The defendant, (name) Andrew Hinch, is a citizen of the State of

(name) Texas _____ Or is a citizen of (foreign nation) _____.

135.  If the defendant is an individual

The defendant, (name) Jose' Hinch, is a citizen of the State of

(name) Texas _____ Or is a citizen of (foreign nation) _____.

136.  If the defendant is an individual

The defendant, (name) Jose' Altuve, is a citizen of the State of

(name) Texas _____ Or is a citizen of (foreign nation) _____.

137.  If the defendant is an individual

The defendant, (name) Justin Verlander, is a citizen of the State of

(name) Texas _____ Or is a citizen of (foreign nation) _____.

138.  If the defendant is an individual

The defendant, (name) Kate Upton Verlander, is a citizen of the State of

(name) Texas _____ Or is a citizen of (foreign nation) _____.

139.  If the defendant is an individual

The defendant, (name) Hank Steinbrenner, is a citizen of the State of

(name) New York _____ Or is a citizen of (foreign nation) _____.

140.  If the defendant is an individual

The defendant, (name) Brian Cashman, is a citizen of the State of

(name) New York _____ Or is a citizen of (foreign nation) _____.

141. If the defendant is an individual

   The defendant, (name) Derek Jeter, is a citizen of the State of

   (name) New York _____ Or is a citizen of (foreign nation) _____.

142. If the defendant is an individual

   The defendant, (name) Aaron Judge, is a citizen of the State of

   (name) New York _____ Or is a citizen of (foreign nation) _____.

143. If the defendant is an individual

   The defendant, (name) Aroldis Chapman, is a citizen of the State of

   (name) New York _____ Or is a citizen of (foreign nation) _____.

144. If the defendant is an individual

   The defendant, (name) Giancarlo Stanton, is a citizen of the State of

   (name) New York _____ Or is a citizen of (foreign nation) _____.

145. If the defendant is an individual

   The defendant, (name) Brett Gardner, is a citizen of the State of

   (name) New York _____ Or is a citizen of (foreign nation) _____.

146. If the defendant is an individual

   The defendant, (name) Joseph Girardi, is a citizen of the State of

   (name) New York _____ Or is a citizen of (foreign nation) _____.

147. If the defendant is an individual

   The defendant, (name) Marla Tanenbaum, is a citizen of the State of

   (name) Washington D.C _____ Or is a citizen of (foreign nation) _____.

148. If the defendant is an individual

   The defendant, (name) Mike Rizzo, is a citizen of the State of

   (name) Washington D.C _____ Or is a citizen of (foreign nation) _____.

149.   If the defendant is an individual

   The defendant, (name) <u>Dave Martinez,</u> is a citizen of the State of

   (name)<u>Washington D.C</u>      Or is a citizen of (foreign nation)_____.


150.   If the defendant is an individual

   The defendant, (name) <u>Bryce Harper,</u> is a citizen of the State of

   (name)<u>Washington D.C</u>      Or is a citizen of (foreign nation)_____.


151.   If the defendant is an individual

   The defendant, (name) <u>Maxwell Scherzer,</u> is a citizen of the State of

   (name)<u>Washington D.C</u>      Or is a citizen of (foreign nation)_____.


152.   If the defendant is an individual

   The defendant, (name) <u>Stephen Strasburg,</u> is a citizen of the State of

   (name)<u>Washington D.C</u>      Or is a citizen of (foreign nation)_____.


153.   If the defendant is an individual

   The defendant, (name) <u>Guggenheim Baseball Management,</u> is a citizen of the State of

   (name)<u>California</u>      Or is a citizen of (foreign nation)_____.


154.   If the defendant is an individual

   The defendant, (name<u>) Farhan Zaidi,</u> is a citizen of the State of

   (name)<u>California</u>      Or is a citizen of (foreign nation)_____.


155.   If the defendant is an individual

   The defendant, (name) <u>Dave Roberts,</u> is a citizen of the State of

   (name)<u>California</u>      Or is a citizen of (foreign nation)_____.


156.   If the defendant is an individual

   The defendant, (name) <u>Clayton Kershaw,</u> is a citizen of the State of

   (name)<u>California</u>      Or is a citizen of (foreign nation)_____.

157.  If the defendant is an individual

The defendant, (name) Yasiel Puig, is a citizen of the State of

(name)California_____ Or is a citizen of (foreign nation)_____.

158.  If the defendant is an individual

The defendant, (name) Arturo Moreno, is a citizen of the State of

(name)California_____ Or is a citizen of (foreign nation)_____.

159.  If the defendant is an individual

The defendant, (name) Billy Eppler, is a citizen of the State of

(name)California_____ Or is a citizen of (foreign nation)_____.

160.  If the defendant is an individual

The defendant, (name) Mike Scioscia, is a citizen of the State of

(name)California_____ Or is a citizen of (foreign nation)_____.

161.  If the defendant is an individual

The defendant, (name) Michael Trout, is a citizen of the State of

(name)California_____ Or is a citizen of (foreign nation)_____.

162.  If the defendant is an individual

The defendant, (name) Jose' Alcantara, is a citizen of the State of

(name)California_____ Or is a citizen of (foreign nation)_____.

163.  If the defendant is an individual

The defendant, (name) Martha Ford, is a citizen of the State of

(name)Michigan_____ Or is a citizen of (foreign nation)_____.

164.  If the defendant is an individual

The defendant, (name) Bob Quinn, is a citizen of the State of

(name)Michigan_____ Or is a citizen of (foreign nation)_____.

165. If the defendant is an individual

The defendant, (name) Jim Caldwell, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.

166. If the defendant is an individual

The defendant, (name) Matthew Stafford, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.

167. If the defendant is an individual

The defendant, (name) Golden Tate III, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.

168. If the defendant is an individual

The defendant, (name) Darius Slay, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.

169. If the defendant is an individual

The defendant, (name) Ezekiel Ansah, is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.

170. If the defendant is an individual

The defendant, (name) Marvin Jones Jr., is a citizen of the State of

(name) Michigan_____ Or is a citizen of (foreign nation)_____.

171. If the defendant is an individual

The defendant, (name) Jerry Jones, is a citizen of the State of

(name) Texas_____ Or is a citizen of (foreign nation)_____.

172. If the defendant is an individual

The defendant, (name) Michael Irving, is a citizen of the State of

(name) Texas_____ Or is a citizen of (foreign nation)_____.

173. If the defendant is an individual

 The defendant, (name) Rayne Prescott, is a citizen of the State of

 (name) Texas_____ Or is a citizen of (foreign nation)_____.

174. If the defendant is an individual

 The defendant, (name) Ezekiel Elliott, is a citizen of the State of

 (name) Texas_____ Or is a citizen of (foreign nation)_____.

175. If the defendant is an individual

 The defendant, (name) Desmond Bryant Jr., is a citizen of the State of

 (name) Texas_____ Or is a citizen of (foreign nation)_____.

176. If the defendant is an individual

 The defendant, (name) Stephen M. Ross, is a citizen of the State of

 (name) Florida_____ Or is a citizen of (foreign nation)_____.

177. If the defendant is an individual

 The defendant, (name) Chris Grier, is a citizen of the State of

 (name) Florida_____ Or is a citizen of (foreign nation)_____.

178. If the defendant is an individual

 The defendant, (name) Adam Gase, is a citizen of the State of

 (name) Florida_____ Or is a citizen of (foreign nation)_____.

179. If the defendant is an individual

 The defendant, (name) Jay Cutler, is a citizen of the State of

 (name) Florida_____ Or is a citizen of (foreign nation)_____.

180. If the defendant is an individual

 The defendant, (name) Ryan Tannehill, is a citizen of the State of

 (name) Florida_____ Or is a citizen of (foreign nation)_____.

181. If the defendant is an individual

    The defendant, (name) Jarvis Laundry, is a citizen of the State of

    (name) Florida_____ Or is a citizen of (foreign nation)_____.

182. If the defendant is an individual

    The defendant, (name) Ndamukong Suh, is a citizen of the State of

    (name) Florida_____ Or is a citizen of (foreign nation)_____.

183. If the defendant is an individual

    The defendant, (name) Cameron Wake, is a citizen of the State of

    (name) Florida_____ Or is a citizen of (foreign nation)_____.

184. If the defendant is an individual

    The defendant, (name) Robert Kraft, is a citizen of the State of

    (name) Massachusetts___ Or is a citizen of (foreign nation)_____.

185. If the defendant is an individual

    The defendant, (name) Bill Belichick, is a citizen of the State of

    (name) Massachusetts___ Or is a citizen of (foreign nation)_____.

186. If the defendant is an individual

    The defendant, (name) Tom Brady, is a citizen of the State of

    (name) Massachusetts___ Or is a citizen of (foreign nation)_____.

187. If the defendant is an individual

    The defendant, (name) Rob Gronkowski, is a citizen of the State of

    (name) Massachusetts___ Or is a citizen of (foreign nation)_____.

188. If the defendant is an individual

    The defendant, (name) Jerry Richardson, is a citizen of the State of

    (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

189. If the defendant is an individual

    The defendant, (name) Marty Hurney, is a citizen of the State of (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

190. If the defendant is an individual

    The defendant, (name) Ronald Rivera, is a citizen of the State of (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

191. If the defendant is an individual

    The defendant, (name) Cameron Newton, is a citizen of the State of (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

192. If the defendant is an individual

    The defendant, (name) Luke Kuechly, is a citizen of the State of (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

193. If the defendant is an individual

    The defendant, (name) Greg Olson, is a citizen of the State of (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

194. If the defendant is an individual

    The defendant, (name) Michael Strahan, is a citizen of the State of (name) North Carolina_____. Or is a citizen of (foreign nation)_____.

195. If the defendant is an individual

    The defendant, (name) Ronald Burke, is a citizen of the State of (name) Pennsylvania_____. Or is a citizen of (foreign nation)_____.

196. If the defendant is an individual

    The defendant, (name) Mario Lemieux, is a citizen of the State of (name) Pennsylvania_____. Or is a citizen of (foreign nation)_____.

197.   If the defendant is an individual

   The defendant, (name) <u>Mike Sullivan</u>, is a citizen of the State of

   (name)<u>Pennsylvania        </u>. Or is a citizen of (foreign nation)_____.


198.   If the defendant is an individual

   The defendant, (name) <u>Sidney Crosby</u>, is a citizen of the State of

   (name)<u>Pennsylvania        </u>. Or is a citizen of (foreign nation)_____.


199.   If the defendant is an individual

   The defendant, (name) <u>Evgeni Malkin</u>, is a citizen of the State of

   (name)<u>Pennsylvania        </u>. Or is a citizen of (foreign nation)_____.


200.   If the defendant is an individual

   The defendant, (name) <u>Eldrik Woods</u>, is a citizen of the State of

   (name)_____. Or is a citizen of (foreign nation)_____.


201.   If the defendant is an individual

   The defendant, (name) <u>Stephen Burke</u>, is a citizen of the State of

   (name)_____. Or is a citizen of (foreign nation)_____.


202.   If the defendant is an individual

   The defendant, (name) <u>Megyn Kelly</u>, is a citizen of the State of

   (name)_____. Or is a citizen of (foreign nation)_____.


203.   If the defendant is an individual

   The defendant, (name) <u>Lester Holt</u>, is a citizen of the State of

   (name)_____. Or is a citizen of (foreign nation)_____.


204.   If the defendant is an individual

   The defendant, (name) <u>Ryan Seacrest</u>, is a citizen of the State of

   (name)_____. Or is a citizen of (foreign nation)_____.

205. If the defendant is an individual

The defendant, (name) <u>Kelly Ripa</u>, is a citizen of the State of

(name)_____. Or is a citizen of (foreign nation)_____.

206. If the defendant is an individual

The defendant, (name) <u>Caitlyn Jenner</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

207. If the defendant is an individual

The defendant, (name) <u>Kristen Jenner</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

208. If the defendant is an individual

The defendant, (name) <u>Kim Kardashian West</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

209. If the defendant is an individual

The defendant, (name) <u>Kayne West</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

210. If the defendant is an individual

The defendant, (name) <u>Khloe' Kardashian</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

211. If the defendant is an individual

The defendant, (name) <u>Kourtney Kardashian</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

212. If the defendant is an individual

The defendant, (name) <u>Robert Kardashian</u>, is a citizen of the State of

(name)<u>California</u>_____. Or is a citizen of (foreign nation)_____.

213.  If the defendant is an individual

   The defendant, (name) Kylie Jenner, is a citizen of the State of

   (name) California_____. Or is a citizen of (foreign nation) _____.

214.  If the defendant is an individual

   The defendant, (name) Kendall Jenner, is a citizen of the State of

   (name) California_____. Or is a citizen of (foreign nation) _____.

215.  If the defendant is an individual

   The defendant, (name) Scott Disick, is a citizen of the State of

   (name) California_____. Or is a citizen of (foreign nation) _____.

216.  If the defendant is an individual

   The defendant, (name) Tracy Marrow, is a citizen of the State of

   (name) _____. Or is a citizen of (foreign nation) _____.

217.  If the defendant is an individual

   The defendant, (name) Nicole Marrow, is a citizen of the State of

   (name) _____. Or is a citizen of (foreign nation) _____.

218.  If the defendant is an individual

   The defendant, (name) Matthew Lauder, is a citizen of the State of

   (name) _____. Or is a citizen of (foreign nation) _____.

219.  If the defendant is an individual

   The defendant, (name) Ben Kohn, is a citizen of the State of

   (name) _____. Or is a citizen of (foreign nation) _____.

220.  If the defendant is an individual

   The defendant, (name) Charles Metropoulos, is a citizen of the State of

   (name) _____. Or is a citizen of (foreign nation) _____.

221. If the defendant is an individual

    The defendant, (name) Daren Metropoulos, is a citizen of the State of

    (name)_____. Or is a citizen of (foreign nation)_____.

222. If the defendant is an individual

    The defendant, (name) Coachella Music Festival, is a citizen of the State of

    (name) California_____. Or is a citizen of (foreign nation)_____.

223. If the defendant is an individual

    The defendant, (name) Shawn Carter, is a citizen of the State of

    (name)_____ Or is a citizen of (foreign nation)_____.

224. If the defendant is an individual

    The defendant, (name) Beyoncé Carter, is a citizen of the State of

    (name)_____ Or is a citizen of (foreign nation)_____.

225. If the defendant is an individual

    The defendant, (name) Clifford Harris Jr., is a citizen of the State of

    (name)_____ Or is a citizen of (foreign nation)_____.

226. If the defendant is an individual

    The defendant, (name) Mariah Carey, is a citizen of the State of

    (name)_____ Or is a citizen of (foreign nation)_____.

227. If the defendant is an individual

    The defendant, (name) Bryan Williams, is a citizen of the State of

    (name)_____ Or is a citizen of (foreign nation)_____.

228. If the defendant is an individual

    The defendant, (name) Dwayne Carter Jr., is a citizen of the State of

    (name)_____ Or is a citizen of (foreign nation)_____.

229.  If the defendant is an individual

The defendant, (name) Scarlett Johansson, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


230.  If the defendant is an individual

The defendant, (name) Bradley Pitt, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


231.  If the defendant is an individual

The defendant, (name) Angelina Jolie Pitt, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


232.  If the defendant is an individual

The defendant, (name) O'Shea Jackson, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


233.  If the defendant is an individual

The defendant, (name) Denzel Washington, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


234.  If the defendant is an individual

The defendant, (name) John Skipper, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


235.  If the defendant is an individual

The defendant, (name) Hannah Storm, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.


236.  If the defendant is an individual

The defendant, (name) John Anderson, is a citizen of the State of

(name)_____ Or is a citizen of (foreign nation)_____.

237. If the defendant is an individual

　　　The defendant, (name) Stephen A. Smith, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

238. If the defendant is an individual

　　　The defendant, (name) Molly Qerim, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

239. If the defendant is an individual

　　　The defendant, (name) Max Kellerman, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

240. If the defendant is an individual

　　　The defendant, (name) Kymberli Worthy, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

241. If the defendant is an individual

　　　The defendant, (name) Carolyn Clifford, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

242. If the defendant is an individual

　　　The defendant, (name) Amy Andrews, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

243. If the defendant is an individual

　　　The defendant, (name) Sergio Marchionne, is a citizen of the State of

　　　(name)_____ Or is a citizen of (foreign nation)_____.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy is over a trillion dollars. I've experience extortion, robbery, and prejudice from the Presidential family to professional athletes.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Around May 2016, President Donald J. Trump, former President Barack Obama and Newton Gingrich interfered with my court case against Walmart. I sued both Walmarts located in Harrisonburg, Va and Mount Crawford, Va.

2. Multiple Walmart associates attack me and my kids. I was attack racially and physically at Walmarts in Harrisonburg, Va and Mount Crawford, Va. These incidents started in December 2012 to June 2014.

5

3. Around June 2016 President Donald J. Trump made a movie about my life called "Child Molester". I never receive compensation for this movie. Clifford Harris, Kobe Bryant, Kris Jenner, Kim Kardashian West, Khloe' Kardashian, Kourtney Kardashian, Kylie Jenner, and Kendell Jenner were in my movie.

4. From June 2016 until present I experience multiple incidents with Ferrari car dealerships and car salesman ranging from Michigan, Florida, and California.

5. In June 2016 President Donald J. Trump came to my home with Mrs. Hillary Clinton and he wired approximate ten billion dollars into my account. I tried to buy a Ferrari at Ferrari and Maserati dealership in San Diego, California, but I was extorted and beating with bats out of my money.

6. Around October 2016 I was lock in a room and my court documents were stolen at Ferrari and Maserati dealership.

7. Around November 2016 Scarlett Johansson lock me in a room at the Ferrari dealership in Miami, Florida. She convince the car salesman to give her some money.

8. In July 2017 I was the owner of Cauley Ferrari Dealership. I was wrongfully arrested by the Detroit Police Department, because I was driving the showroom car.

9. Starting from June 2016 until September 2017 I've experience multiple extortions, robbery, grand theft auto, and stealing my law suit money. They stole approximate $150.00 dollars from my mother. Each time I was attack by the Kardashians I was at home, San Diego Ferrari dealership, or at Detroit Tigers stadium. Kayne West and Kim Kardashian West extorted me out of my lawsuit money against Playboy.

10. Around July 2017 Attorney General Jeff Sessions, FBI Director Christopher Wray, Roger Goodell, Adam Silver, Robert Manfred, Garry Bettman, and me the plaintiff were in court together. The Four Commissioners admitted in court that they take full responsibilities for owners and players receiving some of my lawsuit money.

11. Around August 2017 Chief Judge Denise P. Hood approved ownership of Coachella Music Festival in Indio, Ca. President Donald J. Trump, Ivanka Trump, Scarlett Johansson, Kim Kardashian West, Kylie Jenner, and Khloe' Kardashian arrived on the facility and extorted me out of my civil lawsuit money. Kylie Jenner was allowed to steal his red Ferrari that I bought from Ferrari of San Diego.

12. In September 2017 I filed a lawsuit against CSL plasma for assault. I witness President Donald J. Trump give away my lawsuit money to Kim Kardashian West, Kourtney Kardashian, Kylie Jenner, Stephen Curry, Kevin Durant and Megyn Kelly. Chief Judge Denise P. Hood and the FBI were witnesses of these transactions, occurring.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief I would like to have, receive my court documents for ownership. I also would like to receive my law suit money that I didn't receive.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 11, 2018.

Signature of Plaintiff  _J. Ad___
Printed Name of Plaintiff  Jerome Adams

6

JS 44

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jerome S. Adams

**DEFENDANTS**
President Donald J. Trump

(b) County of Residence of First Listed Plaintiff __Wayne__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __Washington D.C.__
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Assault, Libel, and Slander

Brief description of cause:
I've been assaulted and extorted for my civil lawsuit money.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Denise Page Hood    DOCKET NUMBER

DATE 1/11/18

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☒ Yes ☐ No

If yes, give the following information:

Court: United States District Court Eastern District of Michigan

Case No.: _____

Judge: Chief Judge Denise Page Hood

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :